```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
-------------------------------x
DONNA EMMELMANN and             :
MICHAEL EMMELMANN,              :
                                :
          Plaintiffs,           :
                                :         Civil Action No.
v.                              :         3:03CV02143 (AWT)
                                :
ROYAL & SUNALLIANCE USA, INC.   :
                                :
          Defendant.            :
-------------------------------x
```

## ENDORSEMENT ORDER

The defendant's Motion to Dismiss or, in the Alternative, Motion for More Definitive Statement (Doc. No. 23) is substantially the same as the defendant's Motion to Dismiss or, in the Alternative, Motion for More Definitive Statement in Case No. 3:03cv02144. (See Doc. No. 24 in Emmelmann v. American & Foreign Insurance Comp., Case No. 3:03cv02144.) The defendant's Motion to Dismiss or, in the Alternative, Motion for More Definitive Statement in this case is hereby GRANTED for the same reasons that the defendant's Motion to Dismiss or, in the Alternative, Motion for More Definitive Statement was granted in Case No. 3:03cv02144. Counts Three, Four, Six, Seven, Eight, Twelve, Thirteen, Fourteen, Fifteen and Eighteen are hereby dismissed, and the request for a more definite statement is thereby rendered moot.

It is so ordered.

Dated this 30th day of March 2006 at Hartford, Connecticut.

                              /s/Alvin W. Thompson
                    _____
                              Alvin W. Thompson
                         United States District Judge